# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Chambers of**<br>**MADELINE COX ARLEO**<br>United States Magistrate Judge | **Martin Luther King Courthouse**<br>50 Walnut St., Room 2060<br>Newark, NJ 07101<br>(973)  297-4903 |

**LETTER-ORDER**
**ORIGINAL FILED WITH THE CLERK OF THE COURT**

January  20, 2010

Jacqueline M. Vigilante, Esquire
99 North Main Street
Mullica Hill, New Jersey 08062

Patrick J. Madden, Esquire
Madden & Madden, PA
108 Kings Highway East, PO Box 210
Haddonfield, New Jersey 08033-0389

                                Re:   Frank Franceschini v.s. Eric Taylor, et al
                                       Civil Action No. 08-2970  (RMB)

Dear Counsel:

      HONORABLE BILL MATHESIUS is designated as the mediator in this civil action, which has been referred to mediation pursuant to Local Civil Rule 301.1 of this Court.  Your attention is directed to that rule and Guidelines for Mediation.

      The mediator will contact you shortly to discuss the mediation process.  Within fourteen  (14) days from the date of this Letter-Order you should submit to the mediator, on a confidential and <u>ex parte</u> basis, a double-spaced position paper not longer than 10 pages in length.  Pleadings and discovery materials should <u>not</u> be submitted to the mediator unless specifically requested.

      Please remember that counsel and parties are required to participate in the mediation process in good faith.  The Court expects that the responsible attorney will attend each mediation session and that, as requested by the mediator, the party or appropriate party representative will also attend.

                                                **SO ORDERED**

                                             s/Madeline Cox Arleo
                                           United States Magistrate Judge